AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>MARTHA C. MARRERO</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.  1:26-cv-24088-JB</td></tr>
<tr><td>CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, THE VESSEL "CARNIVAL CELEBRATION", MIAMI-DADE COUNTY, AND FLORIDA DEPARTMENT OF TRANSPORTATION</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, THE VESSEL
"CARNIVAL CELEBRATION"

3655 N.W. 87th AVENUE
MIAMI, Florida 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ARISNELVYS GONZALEZ, ESQ.

JIMENEZ MAZZITELLI MORDES
9350 S. DIXIE HIGHWAY, PH 5
MIAMI, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:           06/11/2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| MARTHA C. MARRERO | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-24088-JB |
| CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, THE VESSEL "CARNIVAL CELEBRATION". MIAMI-DADE COUNTY, AND FLORIDA DEPARTMENT OF TRANSPORTAION | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FLORIDA DEPARTMENT OF TRANSPORTATION
c/o Florida Department of Financial Services as RA

200 East Gaines Street
Tallahassee, FL 32399


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    ARISNELVYS GONZALEZ, ESQ.

JIMENEZ MAZZITELLI MORDES
9350 S. DIXIE HIGHWAY, PH 5
MIAMI, FL 33156


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____06/11/2026_____

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MARTHA C. MARRERO | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-24088-JB |
| CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, THE VESSEL "CARNIVAL CELEBRATION", MIAMI-DADE COUNTY, AND FLORIDA DEPARTMENT OF TRANSPORTATION | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIAMI-DADE COUNTY
c/o Mayor Daniella Levine Cava as RA

111 NW 1st Street, 29th Floor
Miami, Florida 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ARISNELVYS GONZALEZ, ESQ.

JIMENEZ MAZZITELLI MORDES
9350 S. DIXIE HIGHWAY, PH 5
MIAMI, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Date:          06/11/2026

Angela E. Noble
Clerk of Court